IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  October 16, 2014 |
| Court Reporter:      Gwen Daniel | Probation: Gary Kruck |

_____

| | |
|---|---|
| Criminal Action No. 13-cr-00159-WJM | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Susan Knox |
|           Plaintiff, | |
| v. | |
| 12.  DUSTY MEDEIROS, | Jerome McKee |
|           Defendant. | |

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

02:02 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Ms. Knox

Sentencing Statement by Mr. McKee

Court's comments

No objections to the Presentence Investigation Report were filed by either party.

1

**ORDERED:** There being no objection to the motion, the Government's Motion Regarding Acceptance of Responsibility [1081] is GRANTED.

**ORDERED:** There being no objection to the motion, the Government's Motion to Dismiss Indictment as to Defendant Dusty Medeiros [1082] is GRANTED. The Indictment is dismissed in its entirety as to Defendant No. 12. Dusty Medeiros only.

**ORDERED:** The Defendant's Motion for Prospective Application of Two-Level Reduction in Sentencing Guideline [1084] is GRANTED.

The Court addresses the Government's §5K1.1 And Title 18 U.S.C. §3553(e) Motion for Downward Departure Based on Substantial Assistance [1083].

Court's comments

02:14 - 02:16 Bench conference

**ORDERED:** The Government's §5K1.1 And Title 18 U.S.C. §3553(e) Motion for Downward Departure Based on Substantial Assistance [1083] is GRANTED.

Statement by John Bringenberg

Statement by defendant's stepfather

Discussion/Argument

**ORDERED:** The Defendant's Motion for Statutory Sentence Pursuant to 18 U.S.C. § 3553 [1086] is GRANTED.

Defendant's Allocution

> Defendant plead guilty to a one-count Information and admitted to the forfeiture allegation on February 3, 2014.

Court's findings entered on the record.

**ORDERED:** **The defendant's sentence has been completed as of today's date.**

**The Bureau of Prisons shall release the defendant as soon as practicable, but in no event later than one week from today, the 23rd of October, 2014.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of four years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervised Release:**

1. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

2. **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and the defendant's admission to the forfeiture allegation in the Information, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.

**ORDERED:   The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of her right to appeal both her conviction and the sentence imposed except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

02:45 p.m.   Court in Recess
             Hearing concluded
             Time: 43 minutes